**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Adrienne Outland**, | No. 2:18-cv-01370-RCC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO DISMISS DEFENDANT HOSSAM HASSAN** |
| **Arizona Movers and Storage, Inc.**, et al. | |
| Defendants. | |

The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to dismiss Defendant Hossam Hassan from this matter, with each party to bear his, her, its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED the 26th Day of September 2019.

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff


HOSSAM HASSAN

/s/ *Hossam Hassan*  (with permission)
Hossam Hassan
Pro Se Defendant

-1-

## **CERTIFICATE OF SERVICE**

I certify that on this 26th day of September 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties by operation of the Court's electronic filing system.  The Parties may access this filing through the Court system.

 /s/ *Clifford P. Bendau, II*