1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrienne Outland, | No. CV-18-01370-PHX-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Movers and Storage Incorporated, et al., | |
| Defendants. | |

Pursuant to the Parties' Joint Stipulation to Dismiss Defendant Hossam Hassan ("Stipulation") (Doc. 62) and good cause appearing, the Parties Stipulation (Doc. 62) is **GRANTED**. Defendant Hossam Hassan is **DISMISSED**. Each party shall bear its own fees and costs.

Dated this 3rd day of October, 2019.

Honorable Raner C. Collins
Senior United States District Judge